JOEL D. SIEGEL (Bar No. 155581)
joel.siegel@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

STEPHANIE S. ABRUTYN (pro hac vice)
stephanie.abrutyn@dentons.com
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Tel: (202) 496-7649 / Fax: (202) 496-7756

*Attorneys for Defendants*
*The Walt Disney Company and*
*Disney Enterprises, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLE LAWSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY, a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; and DOES 1-5,<br><br>Defendants. | Case No. 8:25-cv-00889-JVS-ADS<br><br>**DECLARATION OF STEPHANIE S. ABRUTYN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, Stephanie S. Abrutyn, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney licensed to practice law in the States of Colorado, Maryland, and New York, as well as the District of Columbia, and I am counsel, admitted *pro hac vice*, for Defendants The Walt Disney Company and Disney Enterprises, Inc. (collectively, "Disney" or "Defendants") in this action.

2. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff Danielle Lawson's ("Plaintiff") First Amended Complaint.

3. Pursuant to L.R. 7-3 and the Court's May 7, 2025 Order (ECF No. 12), on August 20, 2025, I reached out via email to Plaintiff's counsel to request a meet and confer call on Defendants' anticipated motion to dismiss. I followed up with Plaintiff's counsel by phone and email on August 21, 2025. That same day, Plaintiff's counsel indicated that he was unavailable to meet and confer until August 25, 2025, due to an emergency meeting and travel.

4. I met and conferred with Plaintiff's counsel on August 25, 2025 on Defendants' anticipated motion to dismiss the First Amended Complaint. During the meet and confer call, I summarized the grounds for Defendants' motion. Plaintiff's counsel responded that Plaintiff is not going to withdraw the First Amended Complaint or amend her pleading again. Plaintiff's counsel stated that Defendants should file their motion to dismiss and Plaintiff will respond.

5. A true and correct copy of Plaintiff's copyright registration bearing Registration No. VAu001211793 for a work entitled "Pride Rock Plunge" ("Plaintiff's Registration") is attached hereto as **Exhibit A**.

6. A true and correct copy of the deposit copy for Plaintiff's Registration, obtained from the U.S. Copyright Office, is attached hereto as **Exhibit B**.

7. A true and correct copy of the search result for Plaintiff's Registration in the U.S. Copyright Office Public Records System, located at https://publicrecords.copyright.gov/detailed-record/voyager_27753242, is attached hereto as **Exhibit C**.

8. A true and correct copy of Disney's copyright registration for its 1994 "The Lion King" motion picture is attached hereto as **Exhibit D**.

9. A true and correct copy of Disney's copyright registration for its 2019 "The Lion King" motion picture ("2019 Registration") is attached hereto as **Exhibit E**. The deposit copy for the 2019 Registration includes the following single frame at approximately time code 4:30–4:35:



10. A true and correct copy of a spreadsheet listing Disney's 647 U.S. copyright registrations relating to "The Lion King," including the registration number identifying the specific U.S. Copyright Office record for each, is attached hereto as **Exhibit F**.

11. A true and correct copy of Disney's copyright registration for its "Disney Baby Lifestyle 3 2014" visual material is attached hereto as **Exhibit G**. The deposit copy for this registration includes the following image:



12. True and correct copies of Disney's 12 U.S. trademark registrations relating to "The Lion King" are attached hereto as **Exhibit H**.

13. True and correct copy of records from the U.S. Copyright Office identifying Disney's U.S. copyright registrations relating to Splash Mountain are attached hereto as **Exhibit I**.

14. True and correct copies of Disney's 6 U.S. trademark registrations for the well-known 3 Circle Device Logo and a hat with the silhouette "Mouse Ears" are attached hereto as **Exhibit J**.

15. True and correct copies of Disney's 1 U.S. copyright registration and 2 U.S. trademark registrations for "Animal Kingdom" are attached hereto as **Exhibit K**.

16. True and correct copies of Disney's 1 U.S. copyright registration and 14 U.S. trademark registrations for "Walt Disney World" are attached hereto as **Exhibit L**.

17. A true and correct copy of a screenshot of the web page for Disneyland Park, captured by my firm and located at https://disneyland.disney.go.com/destinations/disneyland/, is attached as **Exhibit 1** to Defendants' Request for Judicial Notice.

18. A true and correct copy of a screenshot of the web page for Disney California Adventure Park, captured by my firm and located at https://disneyland.disney.go.com/destinations/disney-california-adventure/#top-attractions, is attached as **Exhibit 2** to Defendants' Request for Judicial Notice.

19. A true and correct copy of a screenshot of the web page for EPCOT, captured by my firm and located at https://disneyworld.disney.go.com/destinations/epcot/, is attached as **Exhibit 3** to Defendants' Request for Judicial Notice.

20. A true and correct copy of a screenshot of the web page for Disney's Hollywood Studios, captured by my firm and located at

https://disneyworld.disney.go.com/destinations/hollywood-studios/, is attached as **Exhibit 4** to Defendants' Request for Judicial Notice.

21. A true and correct copy of a screenshot of the web page for Magic Kingdom Park, captured by my firm and located at https://disneyworld.disney.go.com/destinations/magic-kingdom/, is attached as **Exhibit 5** to Defendants' Request for Judicial Notice.

22. A true and correct copy of a screenshot of the web page for Disney's Animal Kingdom Theme Park, captured by my firm and located at https://disneyworld.disney.go.com/destinations/animal-kingdom/, is attached as **Exhibit 6** to Defendants' Request for Judicial Notice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Avon, Colorado, on this 28th day of August, 2025.

      /s/ Stephanie S. Abrutyn
      Stephanie S. Abrutyn