# EXHIBIT B

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopies are a true representation of the work entitled **PRIDE ROCK PLUNGE** deposited in the Copyright Office with claim of copyright registered under number **VAu 1-211-793.**

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopies are the best possible electrostatic positive prints available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on June 26, 2025.

By:    Angela Hightower
       Supervisory Copyright Specialist
       Records Research and Certification Division
       Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.







# 2nd Tier

- Exit to Plunge
- Cannon of Feathers
- Screen Tunnel
- Peppers Ghost( Zazu)
- Animatronic Stomping Elephant Feet



# 3rd Tier



- Entrance From Plunge
- Peppers Ghost (Hyenas)
- Smoke
- Animatronic Rocks
- Lava
- Peppers Ghost Face (Scar)















# 1st Tier

- Load/Unload
- Line Queue
- Rest/Food

# 3rd Tier



- Entrance From Plunge
- Peppers Ghost (Hyenas)
- Smoke
- Animatronic Rocks
- Lava
- Peppers Ghost Face (Scar)



# 2nd Tier

- Exit to Plunge
- Cannon of Feathers
- Screen Tunnel
- Peppers Ghost( Zazu)
- Animatronic Stomping Elephant Feet

