# EXHIBIT F

| Title | Registration Class | Registration No. | Registration Date |
|---|---|---|---|
| LION KING, THE - SHENZI, BANZAI AND ED | VAU | 245945 | 02/01/1993 |
| LION KING, THE - SARABI | VAU | 245946 | 02/01/1993 |
| LION KING, THE - RAFIKI | VAU | 245947 | 02/01/1993 |
| LION KING, THE - PUMBAA | VAU | 246437 | 02/01/1993 |
| LION KING, THE - NALA | VAU | 246438 | 02/01/1993 |
| LION KING, THE - PUMBAA & TIMON | VAU | 246439 | 02/01/1993 |
| LION KING, THE - YOUNG SIMBA | VAU | 246440 | 02/01/1993 |
| LION KING, THE - SCAR | VAU | 246446 | 02/01/1993 |
| LION KING, THE - SIMBA | VAU | 246447 | 02/01/1993 |
| LION KING, THE - MUFASA | VAU | 246448 | 02/01/1993 |
| LION KING,THE - YOUNG NALA | VAU | 246664 | 02/01/1993 |
| LION KING, THE - TIMON | VAU | 245662 | 02/02/1993 |
| LION KING, THE - LOGO | VA | 579032 | 07/08/1993 |
| LION KING - LICENSING KIT | VA | 611201 | 11/23/1993 |
| LION KING - ONE SHEET POSTER | VA | 623135 | 02/28/1994 |
| LION KING - GOLDEN LOOK-LOOK BOOK | TX | 3734010 | 05/02/1994 |
| LION KING - GIANT COLORING BOOK #3437 | VA | 645128 | 05/02/1994 |
| LION KING, THE - GIANT STICKER FUN #2745 | VA | 647869 | 05/02/1994 |
| LION KING - BIG GOLDEN BOOK | TX | 3817752 | 05/16/1994 |
| LION KING - GOLDEN SOUND STORY BOOK | TX | 3848546 | 05/16/1994 |
| LION KING, THE - GIANT COLOR/ACTIVITY BOOK #3439 | VA | 638668 | 05/16/1994 |
| LION KING, THE - GIANT PAINT WITH WATER BOOK #8360 | VA | 638669 | 05/16/1994 |
| LION KING, THE - LARGE FRAME-TRAY PUZZLE #8339 | VA | 659519 | 05/23/1994 |
| BE PREPARED | PAU | 1864438 | 05/24/1994 |
| I JUST CAN'T WAIT TO BE KING | PAU | 1864439 | 05/24/1994 |
| HAKUNA MATATA | PAU | 1864441 | 05/24/1994 |
| CIRCLE OF LIFE | PAU | 1864440 | 05/24/1994 |
| CAN YOU FEEL THE LOVE TONIGHT | PAU | 1864442 | 05/24/1994 |
| LION KING, THE - NON-TOXIC MARKERS #8758 | VA | 647901 | 05/26/1994 |
| HAKUNA MATATA | PA | 713590 | 06/06/1994 |
| THIS LAND | PA | 713593 | 06/06/1994 |
| TO DIE FOR | PA | 713594 | 06/06/1994 |
| BE PREPARED | PA | 713587 | 06/06/1994 |
| CAN YOU FEEL THE LOVE TONIGHT | PA | 713588 | 06/06/1994 |
| CIRCLE OF LIFE | PA | 713589 | 06/06/1994 |
| I JUST CAN'T WAIT TO BE KING | PA | 713591 | 06/06/1994 |
| KING OF PRIDE ROCK | PA | 713592 | 06/06/1994 |
| LION KING, THE - MAGIC SLATE PLUS PAPER SAVER #8524 | VA | 642053 | 06/08/1994 |
| LION KING, THE - LARGE FRAME-TRAY PUZZLE #8340 | VA | 642058 | 06/08/1994 |
| LION KING - MORNING AT PRIDE ROCK | TX | 3823620 | 06/09/1994 |
| LION KING, THE (JUNIOR NOVEL) | TX | 3860971 | 06/09/1994 |
| LION KING, THE (ILLUSTRATED CLASSIC) | TX | 3861319 | 06/09/1994 |
| LION KING, THE - PRESS KIT | TX | 3861919 | 06/13/1994 |
| LION KING, THE - 63 PC. PUZZLE #5488A | VA | 650320 | 06/13/1994 |
| LION KING, THE - 63 PC. PUZZLE #5488B | VA | 650321 | 06/13/1994 |
| LION KING THE - 55 PC. MINI-PUZZLE #5000-6 | VA | 660395 | 06/13/1994 |
| LION KING, THE | PA | 659979 | 06/20/1994 |
| LION KING, THE - MUSICAL JOURNEY, A | PAU | 1908420 | 06/24/1994 |
| LION KING - BEST FRIENDS SHAPE BOOK | TX | 3880485 | 07/01/1994 |
| LION KING - SIMBA PLAYS | TX | 3926376 | 07/05/1994 |
| LION KING - FIRST COLORING BOOK #7119 | VA | 644944 | 07/05/1994 |
| LION KING, THE - 63 PC. FLOOR PUZZLE #5043 | VA | 652781 | 07/14/1994 |
| LION KING, THE - 300 PC. MOVIE POSTER PUZZLE #5243 | VA | 652782 | 07/14/1994 |
| LION KING, THE - 70 PC. STICKER PUZZLE #5696B | VA | 653841 | 07/27/1994 |
| LION KING, THE - 70 PC. STICKER PUZZLE #5696A | VA | 653842 | 07/27/1994 |

1

| Title | Type | Number | Date |
|---|---|---|---|
| DISNEY ADVENTURES - LION KING COLLECTOR'S ISSUE | TX | 3881932 | 07/28/1994 |
| LION KING, THE - BIG COLORING BOOK #8575 | VA | 654563 | 08/02/1994 |
| LION KING, THE - 24 CRAYONS #5348 | VA | 664171 | 08/15/1994 |
| LION KING, THE - AFRICA SHAPED PUZZLE #5266A | VA | 653282 | 08/19/1994 |
| LION KING, THE - AFRICA SHAPED PUZZLE #5266B | VA | 653283 | 08/19/1994 |
| LION KING, THE - ZAZU | VAU | 320616 | 08/26/1994 |
| LION KING, THE - VULTURES | VAU | 326205 | 08/26/1994 |
| LION KING, THE - TRACE & COLOR #2434 | VA | 669886 | 09/30/1994 |
| LION KING, THE - PAINT 'N' MARKER BOOK #1920 | VA | 681954 | 09/30/1994 |
| LION KING PAINT WITH WATER #1479 | VA | 680520 | 10/24/1994 |
| LION KING 16 N.T. CRAYONS W/SHARPENER #4287 | VA | 686241 | 10/31/1994 |
| LION KING, THE - FRIENDS IN NEED | TX | 3954517 | 12/12/1994 |
| LION KING, THE - ZAZU'S VIEW | TX | 3954518 | 12/12/1994 |
| LION KING, THE - NALA'S GAME | TX | 3970930 | 12/22/1994 |
| LION KING - NO WORRIES | TX | 3980128 | 01/23/1995 |
| LION KING BIG COLOR/ACTIVITY BOOK #8619 | VA | 710029 | 02/03/1995 |
| SING ALONG SONGS | PA | 696895 | 02/21/1995 |
| LION KING - STICKER FUN #8471 | VA | 701505 | 03/02/1995 |
| CIRCLE OF LIFE | TX | 4023528 | 03/27/1995 |
| ART OF THE LION KING, THE | TX | 4070866 | 05/01/1995 |
| LION KING POSTCARD BOOK | VA | 720443 | 05/02/1995 |
| LION KING: ANIMATED FLIP BOOK | VA | 709847 | 05/04/1995 |
| LION KING POP-UP BOOK | TX | 4050823 | 05/10/1995 |
| LION KING, THE: JUNGLE DAYS | TX | 4046253 | 05/10/1995 |
| EL REY LEON (ILLUSTRATED CLASSIC) | TX | 4050825 | 05/11/1995 |
| LION KING: MUFASA'S LITTLE INSTRUCTION BOOK | TX | 4047994 | 05/15/1995 |
| LION KING MASK BOOK, THE | TX | 4049817 | 05/15/1995 |
| LION KING, THE - DELUXE COLORING BOOK #5588 | VA | 702598 | 06/23/1995 |
| LION KING: MAGIC SLATE #8423 | VA | 742304 | 08/17/1995 |
| LION KING BIG COLOR/ACTIVITY BOOK #8629-25 | VA | 729177 | 08/21/1995 |
| LION KING, THE: ABC 123 - BIG COLORING BOOK #8591 | VA | 749239 | 11/13/1995 |
| LION KING: BABY SIMBA GROWS UP - ACTIVITY TABLET | VA | 749369 | 11/13/1995 |
| LION KING HAKUNA MATATA PICK-A-STICKER #7607 | VA | 761759 | 11/13/1995 |
| LION KING - A DELUXE COLOR/ACTIVITY BOOK #5584 | VA | 761805 | 11/13/1995 |
| TOM AND HUCK/TIMON & PUMBAA - PRESS KIT | TX | 4179381 | 01/11/1996 |
| HE LIVES IN YOU | PA | 779320 | 01/11/1996 |
| LEA HALALELA | PA | 779321 | 01/11/1996 |
| IT'S TIME | PA | 779322 | 01/11/1996 |
| LALA | PA | 779325 | 01/11/1996 |
| BUSA | PA | 779326 | 01/11/1996 |
| ONE BY ONE | PA | 779323 | 01/11/1996 |
| WARTHOG RHAPSODY | PA | 779324 | 01/11/1996 |
| ANIMATED STORYBOOK: LION KING, THE (WINDOWS) | PA | 707020 | 01/22/1996 |
| ANIMATED STORYBOOK: LION KING, THE (MAC) | PA | 707021 | 01/22/1996 |
| ACTIVITY CENTER: LION KING | PA | 707018 | 01/22/1996 |
| GAMEBREAK: TIMON & PUMBAA'S JUNGLE GAMES | PA | 707025 | 01/22/1996 |
| STAND BY ME, DISNEY'S TIMON & PUMBAA IN (US) | PA | 765763 | 01/22/1996 |
| TIMON & PUMBAA | PAU | 2012007 | 02/02/1996 |
| TIMON & PUMBAA | PAU | 2012008 | 02/05/1996 |
| FLAMINGOS ARE TICKLED PINK: A BOOK OF IDIOMS | TX | 4201647 | 02/05/1996 |
| TIMON & PUMBAA | PAU | 2012035 | 02/05/1996 |
| TIMON & PUMBAA | PAU | 2044024 | 02/05/1996 |
| TIMON & PUMBAA | PAU | 2044026 | 02/05/1996 |
| TIMON & PUMBAA | PAU | 2044027 | 02/05/1996 |
| TIMON & PUMBAA | PAU | 2044032 | 02/05/1996 |
| TIMON & PUMBAA | PAU | 2044034 | 02/05/1996 |
| TIMON & PUMBAA | PAU | 2044035 | 02/05/1996 |

| Title | Type | Number | Date |
|---|---|---|---|
| TIMON & PUMBAA | PAU | 2044036 | 02/05/1996 |
| TIMON & PUMBAA | PAU | 2044040 | 02/05/1996 |
| LION KING: SIMBA'S JOURNEY | TX | 4140429 | 02/05/1996 |
| LION KING, THE: GOING HOME | TX | 4201648 | 02/05/1996 |
| LUNCH BUGS: SIMBA'S BOOK ABOUT COLOR | TX | 4201650 | 02/05/1996 |
| LION KING: PUZZLE POP-UP GAME BOOK | TX | 4213220 | 02/05/1996 |
| TIMON & PUMBAA | PAU | 2044144 | 02/06/1996 |
| LION KING: FIND SIMBA | TX | 4222614 | 02/07/1996 |
| LION KING: SIMBA'S ADVENTURE | TX | 4140431 | 02/07/1996 |
| LION KING: CREEPY CRAWLY CRUNCH CAKE | TX | 4140440 | 02/07/1996 |
| AROUND THE WORLD WITH TIMON & PUMBAA | TX | 4213401 | 02/09/1996 |
| LION KING: SIMBA WANTS TO PLAY | TX | 4210397 | 02/09/1996 |
| TIMON & PUMBAA | PAU | 2044143 | 02/12/1996 |
| RHYTHM OF THE PRIDE LANDS | SR | 212375 | 02/14/1996 |
| RHYTHM OF THE PRIDE LANDS | VA | 754872 | 02/14/1996 |
| LION KING - THE CAVE MONSTER | TX | 4247091 | 02/27/1996 |
| TIMON & PUMBAA | PAU | 2044130 | 03/01/1996 |
| TIMON & PUMBAA | PAU | 2053226 | 03/04/1996 |
| TIMON & PUMBAA | PAU | 2012123 | 03/05/1996 |
| TIMON & PUMBAA | PAU | 2012126 | 03/05/1996 |
| TIMON & PUMBAA YOU'RE ALL WET! | TX | 4086294 | 04/01/1996 |
| TIMON & PUMBAA | PAU | 2078922 | 05/10/1996 |
| TIMON & PUMBAA | PAU | 2082776 | 05/10/1996 |
| TIMON & PUMBAA | PAU | 2082779 | 05/10/1996 |
| TIMON & PUMBAA | PAU | 2082780 | 05/10/1996 |
| TIMON & PUMBAA | PAU | 2082781 | 05/10/1996 |
| TIMON & PUMBAA | PAU | 2084262 | 05/10/1996 |
| LION KING'S TIMON & PUMBAA, THE | PAU | 2078908 | 05/17/1996 |
| TIMON & PUMBAA | PAU | 2092196 | 05/20/1996 |
| LION KING, THE - POSTERS TO COLOR #10573 | VA | 799665 | 08/06/1996 |
| WAY TO GO SIMBA FIRST LITTLE GOLDEN BOOK #98755 | TX | 4334688 | 08/15/1996 |
| LION KING, THE - COLORING BOOK WITH ACTIVITIES #5587-25 | VA | 790905 | 08/23/1996 |
| LION KING, THE - READ ALONG | TX | 4372313 | 08/27/1996 |
| SIMBA'S HIDE AND SEEK - MY FIRST READ ALONG | SR | 188505 | 08/27/1996 |
| LION KING, THE - READ ALONG | SR | 188509 | 08/27/1996 |
| SIMBA'S HIDE AND SEEK - MY FIRST READ ALONG | TX | 4372309 | 08/27/1996 |
| LION KING: BRIGHTEST STAR, THE - READ ALONG | TX | 4372308 | 08/29/1996 |
| BRIGHTEST STAR, THE - READ ALONG | SR | 188504 | 08/29/1996 |
| LION KING, THE - SING ALONG | SR | 227129 | 08/30/1996 |
| LION KING - SING ALONG | VA | 809337 | 08/30/1996 |
| TIMON & PUMBAA CONGO ON LIKE THIS SOUND STORY | VA | 791047 | 09/03/1996 |
| LION KING: FAR FROM THE PRIDELANDS - READ ALONG | TX | 4426089 | 09/17/1996 |
| LION KING: FAR FROM THE PRIDELANDS - READ ALONG | SR | 205518 | 09/17/1996 |
| TIMON & PUMBAA | PAU | 2122462 | 09/19/1996 |
| TIMON & PUMBAA | PAU | 2127415 | 09/19/1996 |
| TIMON & PUMBAA | PAU | 2127443 | 09/19/1996 |
| DISNEY SOFTWARE PRESENTS THE LION KING PRINT STUDIO | PA | 837045 | 09/23/1996 |
| TIMON & PUMBAA | PAU | 2127406 | 09/23/1996 |
| LION KING: I SEE THE STARS (A SO SOFT BOARD BOOK) | TX | 4313854 | 09/27/1996 |
| LION KING, THE: SIMBA AND THE LOST WATERFALL | TX | 4397004 | 10/07/1996 |
| SIMBA'S COUNTING BOOK | TX | 4281340 | 10/08/1996 |
| LION KING COMIC STRIP - DEC. 12- 17, 1994 | VA | 814987 | 10/08/1996 |
| LION KING COMIC STRIP - DEC. 19-24, 1994 | VA | 814988 | 10/08/1996 |
| LION KING COMIC STRIP - DEC. 5-10, 1994 | VA | 814989 | 10/08/1996 |
| LION KING COMIC STRIP - NOV. 28 - DEC. 3, 1994 | VA | 814990 | 10/08/1996 |
| TIMON & PUMBAA: DON'T GET MAD, GET... - VIDEO WRAP | VA | 823169 | 10/28/1996 |

| | | | |
|---|---|---|---|
| TIMON & PUMBAA: QUIT BUGGIN' ME - VIDEO WRAP | VA | 823170 | 10/28/1996 |
| TIMON & PUMBAA | PAU | 2139979 | 10/31/1996 |
| TIMON & PUMBAA | PAU | 2141924 | 10/31/1996 |
| TIMON & PUMBAA | PAU | 2141925 | 10/31/1996 |
| TIMON & PUMBAA | PAU | 2141931 | 10/31/1996 |
| TIMON & PUMBAA | PAU | 2141932 | 10/31/1996 |
| TIMON & PUMBAA | PAU | 2141933 | 10/31/1996 |
| TIMON & PUMBAA | PAU | 2141934 | 10/31/1996 |
| TIMON & PUMBAA | PAU | 2146026 | 11/01/1996 |
| TIMON & PUMBAA - COLOR THE LEADER BOOK | TX | 4411277 | 11/08/1996 |
| TIMON & PUMBAA - HAKUNA MATATA MAZES & PUZZLES | TX | 4411488 | 11/08/1996 |
| LION KING - COLORING STICKER STORYBOOK | TX | 4411491 | 11/08/1996 |
| TIMON & PUMBAA - COLORING STICKER STORYBOOK | TX | 4413661 | 11/12/1996 |
| LION KING - COLOR THE LEADER BOOK | TX | 4409233 | 11/12/1996 |
| LION KING - INTERLOCKING BOARD BOOKS | TX | 4395098 | 11/13/1996 |
| SIMBA ROARS! | TX | 4435878 | 11/13/1996 |
| LION KING LITTLE LIBRARY, THE | TX | 4406905 | 11/15/1996 |
| LION KING: SIMBA'S NEW HOME | TX | 4375068 | 11/19/1996 |
| LION KING, THE - CLASSIC EDITION | TX | 4406700 | 11/19/1996 |
| LION KING - CIRCLE OF LIFE MAZES AND PUZZLES | TX | 4406520 | 11/19/1996 |
| EL REY LEON - SPANISH CLASSIC | TX | 4416094 | 11/22/1996 |
| TIMON & PUMBAA | PAU | 2145038 | 12/12/1996 |
| TIMON & PUMBAA | PAU | 2145972 | 12/16/1996 |
| TIMON & PUMBAA | PAU | 2146128 | 12/16/1996 |
| TIMON & PUMBAA | PAU | 2146157 | 12/16/1996 |
| TIMON & PUMBAA | PAU | 2146178 | 12/16/1996 |
| TIMON & PUMBAA | PAU | 2146179 | 12/16/1996 |
| TIMON & PUMBAA | PAU | 2146180 | 12/16/1996 |
| TIMON & PUMBAA | PAU | 2145945 | 01/02/1997 |
| LION KING, THE - SOUNDTRACK (WILLIAM A. BONG.) | SR | 188616 | 01/23/1997 |
| LION KING - SOUNDTRACK | SR | 188615 | 01/23/1997 |
| LION KING, THE - SOUNDTRACK | VA | 812838 | 01/23/1997 |
| LION KING - CIRCLE OF LIFE | VA | 815394 | 01/24/1997 |
| ELTON JOHN - CAN YOU FEEL THE LOVE TONIGHT? | SR | 230896 | 01/27/1997 |
| LION KING, THE | TX | 4494554 | 03/06/1997 |
| TIMON & PUMBAA | PAU | 2177636 | 03/12/1997 |
| HOW TO DRAW THE LION KING | TX | 4486536 | 03/12/1997 |
| SIMBA'S BIG RACE | SR | 233393 | 03/20/1997 |
| LION KING, THE MAKING OF (DELUXE CAV LASERDISC) | PA | 671342 | 04/22/1997 |
| LION KING - CAV LASERDISC EDITION - LITHOGRAPHS | VA | 818612 | 04/22/1997 |
| LION KING, THE - MUSICAL (STAGE PLAY) | PAU | 2202415 | 06/05/1997 |
| DISNEY DOLLARS - 25TH ANNIVERSARY SIMBA ($10) | VAU | 411133 | 10/27/1997 |
| LION KING: ROAR! | TX | 4664351 | 11/07/1997 |
| LION KING: BROADWAY MUSICAL - SOUVENIR GUIDE | VA | 867608 | 12/16/1997 |
| LION KING - ORIGINAL BROADWAY CAST RECORDING | VA | 885782 | 01/06/1998 |
| LION KING - ORIGINAL BROADWAY CAST RECORDING | SR | 238202 | 01/06/1998 |
| LION KING - MUSICAL | PAU | 2267855 | 01/14/1998 |
| LION KING: PRIDE ROCK ON BROADWAY | TX | 4732263 | 03/06/1998 |
| LION KING: JUST CAN'T WAIT TO BE KING | TX | 4814450 | 07/08/1998 |
| TIMON & PUMBAA - BESTESTE BESTEVENNDAGEN | SR | 260412 | 08/10/1998 |
| TIMON & PUMBAA: BESTESTE BESTEVENNDAGEN | TX | 4814757 | 08/10/1998 |
| SIMBA'S PRIDE - KOVU W/SCAR | VAU | 424771 | 08/12/1998 |
| SIMBA'S PRIDE - YOUNG KIARA | VAU | 424768 | 08/12/1998 |
| SIMBA'S PRIDE - KIARA | VAU | 424765 | 08/12/1998 |
| SIMBA'S PRIDE - YOUNG KOVU | VAU | 424772 | 08/12/1998 |
| SIMBA'S PRIDE - KOVU | VAU | 424769 | 08/12/1998 |
| SIMBA'S PRIDE - ZIRA | VAU | 424770 | 08/12/1998 |

| | | | |
|---|---|---|---|
| SIMBA'S PRIDE - NUKA | VAU | 424767 | 08/12/1998 |
| SIMBA'S PRIDE - YOUNG VITANI | VAU | 424766 | 08/12/1998 |
| SIMBA'S PRIDE - VITANI | VAU | 424773 | 08/12/1998 |
| TIMON & PUMBAA - PARHAAT KAVERIT | SR | 260419 | 08/13/1998 |
| TIMON & PUMBAA:  PARHAAT KAVERIT | TX | 4814764 | 08/13/1998 |
| SIMBA'S A-Z | TX | 4844266 | 09/10/1998 |
| LION KING II, THE: SIMBA'S PRIDE | PAU | 2325441 | 09/16/1998 |
| TIMON & PUMBAA - BASTASTE VANDAGEN  (RAL) | SR | 260553 | 10/02/1998 |
| TIMON & PUMBAA - BASTASTE VANDAGEN (RAL) | TX | 4845390 | 10/02/1998 |
| TIMON & PUMBAA | PAU | 2335395 | 10/21/1998 |
| TIMON & PUMBAA | PAU | 2335396 | 10/21/1998 |
| TIMON & PUMBAA | PAU | 2335389 | 10/21/1998 |
| TIMON & PUMBAA | PAU | 2332811 | 10/23/1998 |
| TIMON & PUMBAA | PAU | 2332813 | 10/23/1998 |
| SIMBA'S PRIDE:  COME OUT AND PLAY | TX | 4843937 | 10/26/1998 |
| LION KING: SIMBA'S POUNCING LESSON | TX | 4871804 | 10/27/1998 |
| SIMBA'S HAPPY FACE | TX | 4843803 | 10/27/1998 |
| ADVENTURES IN TYPING WITH TIMON & PUMBAA | TX | 4777270 | 10/29/1998 |
| REY LEON, EL - LA HISTORIA CONTINUA | TX | 4883042 | 11/04/1998 |
| LION KING:  CAN YOU FIND THE DIFFERENCE? | TX | 4895507 | 11/20/1998 |
| SIMBA'S PRIDE - CLASSIC EDITION | TX | 4894708 | 11/23/1998 |
| RETURN TO PRIDE ROCK | SR | 246068 | 11/23/1998 |
| SIMBA'S PRIDE - READ ALONG | SR | 260744 | 11/25/1998 |
| SIMBA'S PRIDE - READ ALONG | TX | 4889938 | 11/25/1998 |
| LION KING, THE | TX | 4900914 | 12/02/1998 |
| TIMON & PUMBAA | PAU | 2350996 | 12/03/1998 |
| TIMON & PUMBAA | PAU | 2351000 | 12/03/1998 |
| TIMON & PUMBAA | PAU | 2250628 | 12/09/1998 |
| LION KING II:  SIMBA'S PRIDE - VIDEO WRAP | VA | 959147 | 01/19/1999 |
| LOVE WILL FIND A WAY | PA | 932185 | 01/28/1999 |
| MY LULLABY | PA | 932184 | 01/28/1999 |
| ONE OF US | PA | 932183 | 01/28/1999 |
| UPENDI | PA | 932182 | 01/28/1999 |
| WE ARE ONE | PA | 932181 | 01/28/1999 |
| UPENDI - WES VERSION | SRU | 398601 | 02/11/1999 |
| TIMON & PUMBAA | PAU | 2374111 | 02/16/1999 |
| TIMON & PUMBAA | PAU | 2376660 | 02/16/1999 |
| TIMON & PUMBAA | PAU | 2369691 | 02/16/1999 |
| TIMON & PUMBAA | PAU | 2376659 | 02/16/1999 |
| TIMON & PUMBAA | PAU | 2369703 | 02/16/1999 |
| TIMON & PUMBAA | PAU | 2369706 | 02/16/1999 |
| TIMON & PUMBAA | PAU | 2376672 | 02/16/1999 |
| TIMON & PUMBAA | PAU | 2369699 | 02/17/1999 |
| TIMON & PUMBAA | PAU | 2350987 | 02/17/1999 |
| TIMON & PUMBAA | PAU | 2358523 | 02/26/1999 |
| TIMON & PUMBAA | PAU | 2374252 | 03/08/1999 |
| TIMON & PUMBAA | PAU | 2374246 | 03/08/1999 |
| TIMON & PUMBAA | PAU | 2374215 | 03/08/1999 |
| TIMON & PUMBAA | PAU | 2374242 | 03/08/1999 |
| TIMON & PUMBAA | PAU | 2393743 | 03/15/1999 |
| TIMON & PUMBAA | PAU | 2374116 | 03/18/1999 |
| TIMON & PUMBAA | PAU | 2389454 | 04/14/1999 |
| TIMON & PUMBAA | PAU | 2389460 | 04/19/1999 |
| TIMON & PUMBAA | PAU | 2389461 | 04/19/1999 |
| TIMON & PUMBAA | PAU | 2389462 | 04/19/1999 |
| TIMON & PUMBAA | PAU | 2389459 | 04/19/1999 |
| TIMON & PUMBAA | PAU | 2389463 | 04/19/1999 |

| Title | Type | Number | Date |
|---|---|---|---|
| TIMON & PUMBAA | PAU | 2389457 | 04/19/1999 |
| TIMON & PUMBAA | PAU | 2389451 | 04/23/1999 |
| DISNEY'S GAMEBREAK! THE LION KING II: SIMBA'S PRIDE | TX | 4978007 | 05/26/1999 |
| EL REY LEON (READ-ALOUD STORYBOOK) | TX | 4465413 | 05/26/1999 |
| LION KING, THE (READ-ALOUD STORYBOOK) | TX | 4465417 | 05/26/1999 |
| ACTIVE PLAY: LION KING II SIMBA'S PRIDE | PA | 950142 | 06/01/1999 |
| TIMON & PUMBAA | PAU | 2389079 | 06/18/1999 |
| CLASSIC FRIENDLY TALES - SIMBA | TX | 5064874 | 09/10/1999 |
| HIDE AND SEEK | PA | 977710 | 09/27/1999 |
| SIMBA'S PRIDE - STYLE GUIDE 1998 | VA | 1042865 | 10/16/2000 |
| LION KING II, THE: SIMBA'S PRIDE READ AND PLAY... | TX | 5212164 | 11/01/2000 |
| LION KING, THE READ-AND-PLAY PICTURE BOOKS | TX | 5212163 | 11/01/2000 |
| RAFIKI'S QUIZ: A BOOK ABOUT CATEGORIES | TX | 5390805 | 01/25/2001 |
| LION KING, DISNEY'S THE: SIMBA'S JUNGLE HUNT | TX | 5360885 | 06/12/2001 |
| LION KING, DISNEY'S THE: CIRCLE OF LIFE | TX | 5508988 | 07/18/2001 |
| LION KING, DISNEY'S THE: SIMBA'S FRIENDS | TX | 5470097 | 12/10/2001 |
| DISNEY'S THE LION KING: MY FIRST DISNEY STORY (BOARD BOOK) | TX | 5487561 | 12/18/2001 |
| LION KING IMAX VERSION - ONE SHEET | VA | 1130321 | 05/23/2002 |
| LION KING, THE - CD READ ALONG | PA | 1105749 | 06/07/2002 |
| LION KING, THE - CD READ-ALONG | SR | 318938 | 07/07/2002 |
| LION KING 1 1/2, THE - HAKUNA MATATA - STYLE GUIDE SPRING 2003 | VA | 1153270 | 09/23/2002 |
| LION KING 1 1/2, THE STYLE GUIDE FALL 2003 | VA | 1173496 | 01/03/2003 |
| LION KING, THE (IMAX) - PRESS KIT | TX | 5671683 | 01/10/2003 |
| DISNEY'S LION KING STYLE GUIDE - FALL 2003 | VA | 1172890 | 01/15/2003 |
| LION KING, THE - DVD READ-ALONG | PA | 1246834 | 06/03/2003 |
| LION KING, THE - A GIANT LEAP | TX | 5808613 | 08/11/2003 |
| GAMEBOY ADVANCE - THE LION KING 1 1/2 | PA | 1211600 | 02/18/2004 |
| LION KING, THE - SPECIAL EDITION SOUNDTRACK | SR | 348447 | 03/26/2004 |
| LION KING 1 1/2, THE - ORIGINAL SOUNDTRACK | SR | 347879 | 03/26/2004 |
| LION KING, THE - CLASSIC GAME COLLECTION | VA | 1236602 | 04/05/2004 |
| LION KING 1 1/2, THE - HAKUNA MATATA - SCREENPLAY | PAU | 2863724 | 05/05/2004 |
| LION KING, THE (GERMAN) - MUSICAL STAGEPLAY | PAU | 2880984 | 06/22/2004 |
| LION KING 1-1/2, THE (DVD) | PA | 1240421 | 08/09/2004 |
| V-SMILE: SIMBA'S BIG ADVENTURE | PA | 1256125 | 11/04/2004 |
| LION KING 2, THE: SIMBA'S PRIDE - SOUNDTRACK | SR | 359236 | 11/12/2004 |
| DISNEY'S KARAOKE SERIES - THE LION KING | SR | 361359 | 11/12/2004 |
| DISNEY'S KARAOKE SERIES - THE LION KING | VA | 1286117 | 11/12/2004 |
| LION KING 1 1/2, THE | PA | 1255685 | 11/19/2004 |
| MIKE'S SUPER SHORT SHOW | PA | 1294173 | 09/15/2005 |
| MIKE'S SUPER SHORT SHOW | PA | 1294188 | 09/15/2005 |
| MIKE'S SUPER SHORT SHOW | PA | 1294190 | 09/15/2005 |
| MIKE'S SUPER SHORT SHOW | PA | 1294178 | 09/15/2005 |
| MIKE'S SUPER SHORT SHOW | PA | 1294195 | 09/15/2005 |
| DISNEY'S LION KING STYLE GUIDE - FALL 2003 (SEE LOG# 59019) | VA | 1354367 | 04/11/2006 |
| LION KING, THE (KOREAN) - MUSICAL STAGEPLAY | PAU | 3085988 | 12/15/2006 |
| DISNEY'S THE LION KING: STORYBOOK AND CD | SR | 404850 | 04/07/2007 |
| DISNEY JUNIOR GRAPHIC NOVEL #3: THE LION KING | TX | 6576332 | 04/23/2007 |
| THE LION KING - MUSICAL STAGEPLAY | PAU | 2921329 | 07/27/2007 |
| LION KING, THE - MUSICAL STAGEPLAY FRENCH TRANSLATION | PAU | 3419256 | 02/12/2008 |
| LION KING, THE - SPRING/SUMMER 2008 PACKAGING GUIDELINES (EUROPE) | VA | 1676133 | 04/11/2008 |
| LION KING, THE: JUNGLE BEAT - SPRING/SUMMER 2008 STYLE GUIDE (EUROPE) | VA | 1678010 | 04/11/2008 |

| | | | |
|---|---|---|---|
| LION KING, THE - (SPANISH) - MUSICAL STAGEPLAY | PAU | 3479403 | 10/10/2008 |
| LION KING, THE (CHINESE TRANSLATION) - MUSICAL STAGEPLAY | PAU | 3388661 | 02/12/2009 |
| LION KING, THE - LAS VEGAS MUSICAL STAGEPLAY SCRIPT | PAU | 3451442 | 02/04/2010 |
| ELTON JOHN "CAN YOU FEEL THE LOVE TONIGHT" | PA | 1708282 | 11/16/2010 |
| ELTON JOHN "CIRCLE OF LIFE" | PA | 1708323 | 11/16/2010 |
| KENNY LATTIMORE/HEATHER HEADLY "LOVE WILL FIND A WAY" | PA | 1708406 | 11/16/2010 |
| RAVEN "GRAZIN' IN THE GRASS" | PA | 1708286 | 11/16/2010 |
| LION KING PACKAGING GUIDELINES, THE - EUROPE CREATIVE B - FA11 | VA | 1780967 | 07/13/2011 |
| LION KING 3D - ONE SHEET | VA | 1793234 | 09/30/2011 |
| DISNEY THE LION KING (READ-ALONG STORYBOOK AND CD) | TX | 7463635 | 12/20/2011 |
| DISNEY THE LION KING (READ-ALONG STORYBOOK AND CD) | SR | 693567 | 12/20/2011 |
| SONGS AND STORY: THE LION KING | SR | 693936 | 01/25/2012 |
| DISNEY BEST OF THE LION KING | SR | 691990 | 01/27/2012 |
| SONGS AND STORY: THE LION KING | VA | 1816694 | 01/27/2012 |
| DISNEY BEST OF THE LION KING | VA | 1816583 | 01/27/2012 |
| LION KING, THE - MUSICAL STAGEPLAY - SOUTH AFRICAN TRANSLATION | PAU | 3625417 | 07/06/2012 |
| LION KING INFANT DESIGN KITS SS13 | VA | 1851046 | 01/23/2013 |
| LION KING, THE - (CASTILLIAN SPANISH) - MUSICAL STAGEPLAY | PAU | 3669730 | 03/21/2013 |
| DISNEY THE LION KING DVD DIAMOND EDITION | PA | 1844765 | 05/23/2013 |
| WALT DISNEY RECORDS: THE LEGACY COLLECTION - THE LION KING | SR | 754229 | 10/24/2014 |
| WALT DISNEY RECORDS: THE LEGACY COLLECTION - THE LION KING | VA | 1948663 | 10/24/2014 |
| DISNEY THE LION GUARD - PRODUCT DEVELOPMENT CC FH16 | VA | 1953761 | 05/06/2015 |
| DISNEY THE LION GUARD - PRODUCT DEVELOPMENT CC FH16 UPDATE | VA | 1960337 | 06/02/2015 |
| DISNEY THE LION GUARD - BRANDING GUIDE SS16 | VA | 1960064 | 06/19/2015 |
| FULI - DISNEY THE LION GUARD | VAU | 1217207 | 08/20/2015 |
| KION - DISNEY THE LION GUARD | VAU | 1217226 | 08/20/2015 |
| BESHTE - DISNEY THE LION GUARD | VAU | 1217225 | 08/20/2015 |
| ONO - DISNEY THE LION GUARD | VAU | 1217227 | 08/20/2015 |
| BUNGA - DISNEY THE LION GUARD | VAU | 1217224 | 08/20/2015 |
| CHEEZI - DISNEY THE LION GUARD | VAU | 1217228 | 08/20/2015 |
| CHUNGU - DISNEY THE LION GUARD | VAU | 1217229 | 08/20/2015 |
| KIARA - DISNEY THE LION GUARD | VAU | 1217230 | 08/20/2015 |
| JANJA - DISNEY THE LION GUARD | VAU | 1217231 | 08/20/2015 |
| MAKUU - DISNEY THE LION GUARD | VAU | 1217210 | 08/20/2015 |
| MWOGA - DISNEY THE LION GUARD | VAU | 1217211 | 08/20/2015 |
| MZINGO - DISNEY THE LION GUARD | VAU | 1217212 | 08/20/2015 |
| NALA - DISNEY THE LION GUARD | VAU | 1217213 | 08/20/2015 |
| PUMBAA - DISNEY THE LION GUARD | VAU | 1217214 | 08/20/2015 |
| RAFIKI - DISNEY THE LION GUARD | VAU | 1217215 | 08/20/2015 |
| SIMBA - DISNEY THE LION GUARD | VAU | 1217216 | 08/20/2015 |
| TIIFU - DISNEY THE LION GUARD | VAU | 1217217 | 08/20/2015 |
| TIMON - DISNEY THE LION GUARD | VAU | 1217218 | 08/20/2015 |
| USHARI - DISNEY THE LION GUARD | VAU | 1217219 | 08/20/2015 |
| ZAZU - DISNEY THE LION GUARD | VAU | 1217220 | 08/20/2015 |
| ZURI - DISNEY THE LION GUARD | VAU | 1217222 | 08/20/2015 |
| INCIDENTAL CHARACTERS - DISNEY THE LION GUARD | VAU | 1217223 | 08/20/2015 |
| DISNEY THE LION GUARD | PA | 1972155 | 12/07/2015 |
| DISNEY THE LION GUARD | PA | 1971778 | 12/07/2015 |

| Title | Type | Number | Date |
|---|---|---|---|
| THE LION KING - MUSICAL STAGEPLAY: SPANISH TRANSLATION FOR MEXICO PRODUCTION | PAU | 3806876 | 12/08/2015 |
| DISNEY THE LION GUARD: RETURN OF THE ROAR | TX | 8207857 | 12/14/2015 |
| DISNEY THE LION GUARD: CAN'T WAIT TO BE QUEEN | TX | 8214975 | 01/21/2016 |
| DISNEY THE LION GUARD - STYLE GUIDE VERSION 1 GLOBAL OCT 2016 | VA | 1985976 | 01/21/2016 |
| DISNEY THE LION GUARD | PA | 1978001 | 01/27/2016 |
| DISNEY THE LION GUARD | PA | 1977995 | 01/27/2016 |
| DISNEY THE LION GUARD (MUSIC FROM THE TV SERIES) | SR | 777209 | 02/01/2016 |
| DISNEY THE LION GUARD | PA | 1984725 | 02/02/2016 |
| DISNEY THE LION GUARD | PA | 1976918 | 02/16/2016 |
| DISNEY THE LION GUARD | PA | 1976915 | 02/16/2016 |
| DISNEY THE LION GUARD (MUSIC FROM THE TV SERIES) | VA | 1996258 | 02/17/2016 |
| DISNEY THE LION GUARD: BUNGA THE WISE (WORLD OF READING, LEVEL 1) | TX | 8230434 | 02/17/2016 |
| DISNEY THE LION GUARD: KION'S ANIMAL ALPHABET | TX | 8230442 | 02/17/2016 |
| DISNEY THE LION GUARD | PA | 1976922 | 02/23/2016 |
| DISNEY THE LION GUARD: MEET THE NEW GUARD (A LIFT-THE-FLAP BOOK) | TX | 8251768 | 03/16/2016 |
| CALL OF THE LION GUARD (THE LION GUARD THEME) | PA | 2008807 | 03/21/2016 |
| HERE COMES THE LION GUARD | PA | 2017511 | 03/21/2016 |
| DISNEY THE LION GUARD | PA | 1980837 | 03/24/2016 |
| DISNEY THE LION GUARD - PRODUCT DEVELOPMENT CC SS16 | VA | 2007390 | 03/28/2016 |
| DISNEY THE LION GUARD - PORTFOLIO VERSION 1 TDS Q2/Q3 2017 | VA | 2008102 | 04/13/2016 |
| DISNEY THE LION GUARD - PORTFOLIO VERSION 1 TDS COLLECTION Q2/Q3 2017 | VA | 2010064 | 04/14/2016 |
| DISNEY THE LION GUARD | PA | 1985435 | 04/22/2016 |
| DISNEY THE LION GUARD | PA | 1985340 | 04/22/2016 |
| DISNEY THE LION GUARD | PA | 1985512 | 04/22/2016 |
| DISNEY THE LION GUARD | PA | 1985495 | 04/22/2016 |
| DISNEY THE LION GUARD | PA | 1988233 | 05/09/2016 |
| DISNEY THE LION GUARD | PA | 1987631 | 05/10/2016 |
| DISNEY THE LION GUARD - PRODUCT DEVELOPMENT CC SS16 UPDATE | VA | 2018081 | 05/24/2016 |
| DISNEY THE LION GUARD - RETURN OF THE ROAR (DVD) | PA | 2049274 | 06/20/2016 |
| DISNEY THE LION GUARD: UNLIKELY FRIENDS (WORLD OF READING, LEVEL PRE-1) | TX | 8313894 | 07/06/2016 |
| DISNEY THE LION GUARD: FULI FINDS HER PLACE | TX | 8258547 | 07/06/2016 |
| DISNEY THE LION GUARD | PA | 1994936 | 07/11/2016 |
| DISNEY THE LION GUARD | PA | 1997464 | 07/19/2016 |
| DISNEY THE LION GUARD | PA | 1999166 | 07/27/2016 |
| NALA'S STARRY STARRY NIGHT - BABY GIRL - PORTFOLIO VERSION 1 GLOBAL AUG 2017 | VA | 2014272 | 08/09/2016 |
| DISNEY THE LION GUARD: EYE IN THE SKY (A LITTLE GOLDEN BOOK) | TX | 8311489 | 08/10/2016 |
| DISNEY FROZEN FEVER: THE BEST BIRTHDAY EVER (A LITTLE GOLDEN BOOK) | TX | 8311836 | 08/10/2016 |
| DISNEY THE LION GUARD: JOIN THE LION GUARD! | TX | 8332630 | 08/10/2016 |
| DISNEY THE LION GUARD | PA | 2005044 | 08/12/2016 |
| DISNEY THE LION GUARD - STYLE GUIDE VERSION 2 GLOBAL OCT 2016 | VA | 2029581 | 09/02/2016 |
| DISNEY THE LION GUARD - STYLE GUIDE VERSION 1 GLOBAL NOV 2017 | VA | 2029582 | 09/02/2016 |
| DISNEY THE LION GUARD - PORTFOLIO VERSION 1 TDS Q3/Q4 '17/18 | VA | 2029587 | 09/02/2016 |

| DISNEY THE LION GUARD | PA | 2020372 | 09/09/2016 |
|---|---|---|---|
| DISNEY THE LION GUARD | PA | 2023599 | 09/27/2016 |
| DISNEY THE LION GUARD - PORTFOLIO VERSION 3 TDS Q2/Q3 2017 | VA | 2049740 | 10/07/2016 |
| DISNEY THE LION GUARD - PORTFOLIO VERSION 2 TDS Q4 '17 Q1 '18 | VA | 2049752 | 10/07/2016 |
| DISNEY THE LION GUARD | PA | 2027744 | 10/17/2016 |
| DISNEY THE LION GUARD: DEFEND! (BOOK AND MAGNETIC PLAY SET) | TX | 8340244 | 10/21/2016 |
| DISNEY THE LION GUARD - UNLEASH THE POWER (DVD WRAP) | VA | 2063610 | 10/25/2016 |
| DISNEY THE LION GUARD | PA | 2031328 | 11/14/2016 |
| DISNEY THE LION GUARD | PA | 2033527 | 12/06/2016 |
| DISNEY THE LION GUARD: BABOONS! (A LITTLE GOLDEN BOOK) | TX | 8514306 | 01/10/2017 |
| DISNEY THE LION GUARD: THE POWER OF THE ROAR (READ-ALONG STORYBOOK AND CD) | TX | 8517926 | 01/10/2017 |
| DISNEY THE LION GUARD | PA | 2038328 | 01/10/2017 |
| DISNEY THE LION GUARD: THE POWER OF THE ROAR (READ-ALONG STORYBOOK AND CD) | SR | 800407 | 01/27/2017 |
| DISNEY THE LION GUARD - LIFE IN THE PRIDE LANDS (DVD) | PA | 2072481 | 01/27/2017 |
| DISNEY THE LION GUARD: FIERCE & FEARLESS - STYLE GUIDE VERSION 1 GLOBAL JAN 2018 | VA | 2057017 | 02/17/2017 |
| DISNEY THE LION GUARD: ADVENTURES OF THE LION GUARD | TX | 8378705 | 02/22/2017 |
| DISNEY THE LION GUARD | PA | 2040600 | 02/27/2017 |
| DISNEY THE LION GUARD | PA | 2041979 | 03/20/2017 |
| LION GUARD - DESIGN KIT - PORTFOLIO VERSION 1 GLOBAL AUG 2017 | VA | 2053383 | 04/18/2017 |
| DISNEY THE LION GUARD | PA | 2047232 | 04/24/2017 |
| DISNEY THE LION GUARD: BABYSITTER BUNGA | TX | 8411502 | 05/11/2017 |
| DISNEY THE LION GUARD | PA | 2071329 | 07/12/2017 |
| DISNEY THE LION GUARD | PA | 2071326 | 07/12/2017 |
| DISNEY THE LION GUARD | PA | 2072901 | 07/17/2017 |
| DISNEY THE LION GUARD | PA | 2073608 | 07/26/2017 |
| DISNEY THE LION GUARD | PA | 2074303 | 08/03/2017 |
| DISNEY THE LION GUARD | PA | 2074305 | 08/03/2017 |
| DISNEY THE LION GUARD | PA | 2074304 | 08/14/2017 |
| LION GUARD DESIGN KIT VOL. 2 - PORTFOLIO VERSION 1 GLOBAL AUG 2018 | VA | 2068373 | 09/18/2017 |
| DISNEY THE LION GUARD | PA | 2085982 | 09/25/2017 |
| DISNEY THE LION GUARD | PA | 2093886 | 11/15/2017 |
| DISNEY THE LION GUARD | PA | 2095673 | 12/11/2017 |
| DISNEY THE LION GUARD - FOLLOW THAT HIPPO! (A BIG GOLDEN BOOK) | TX | 8648789 | 12/15/2017 |
| DISNEY THE LION GUARD - THE IMAGINARY OKAPI (A LITTLE GOLDEN BOOK) | TX | 8583315 | 12/15/2017 |
| DISNEY THE LION GUARD - TOO MANY TERMITES (A LITTLE GOLDEN BOOK) | TX | 8583293 | 12/15/2017 |
| DISNEY THE LION GUARD - TOO MANY TERMITES (A LITTLE GOLDEN BOOK) | TX | 8583293 | 12/15/2017 |
| WORLD OF READING DISNEY THE LION GUARD - PRIDE LANDS PATROL | TX | 8557059 | 01/09/2018 |
| DISNEY THE LION GUARD | PA | 2098837 | 01/09/2018 |
| DISNEY THE LION GUARD | PA | 2098990 | 01/10/2018 |
| DISNEY THE LION GUARD | PA | 2098407 | 01/11/2018 |
| DISNEY THE LION GUARD | PA | 2098408 | 01/11/2018 |

| Title | Type | Number | Date |
|---|---|---|---|
| THE LION KING - TWENTY YEARS ON BROADWAY AND AROUND THE WORLD | TX | 8567820 | 01/12/2018 |
| THE LION KING - PRIDE ROCK ON BROADWAY | TX | 8534028 | 01/12/2018 |
| DISNEY FIRST TALES - WE ARE NOT LOST! | TX | 8548634 | 01/16/2018 |
| DISNEY THE LION GUARD: FIERCE & FEARLESS - STYLE GUIDE VERSION 2 GLOBAL JAN 2018 ON SHELF | VA | 2101762 | 01/23/2018 |
| DISNEY THE LION GUARD - PORTFOLIO VERSION 4 - GLOBAL JAN 2019 ON SHELF | VA | 2103565 | 02/12/2018 |
| THE LION GUARD: THE RISE OF SCAR (DVD) | PA | 2118197 | 02/13/2018 |
| DISNEY CLASSICS - THE LION KING | TX | 8664648 | 02/21/2018 |
| DISNEY THE LION GUARD | PA | 2106389 | 03/05/2018 |
| DISNEY THE LION GUARD | PA | 2106391 | 03/05/2018 |
| DISNEY THE LION GUARD | PA | 2106393 | 03/05/2018 |
| DISNEY THE LION GUARD | PA | 2111050 | 04/03/2018 |
| DISNEY THE LION GUARD | PA | 2111046 | 04/04/2018 |
| DISNEY THE LION GUARD | PA | 2110648 | 04/05/2018 |
| DISNEY THE LION GUARD | PA | 2110768 | 04/06/2018 |
| DISNEY THE LION KING: THE SIGNATURE COLLECTION/THE CIRCLE OF LIFE EDITION - BLU-RAY + DVD + DIGITAL | PA | 2127515 | 04/09/2018 |
| DISNEY THE LION KING 0001/0007 | VA | 2101661 | 05/08/2018 |
| DISNEY THE LION KING -TWEEN- PORTFOLIO VERSION 1 GLOBAL FEB 2019 ON SHELF | VA | 2123271 | 05/11/2018 |
| DISNEY THE LION KING STYLE GUIDE VERSION 1 GLOBAL JUNE 2019 ON SHELF | VA | 2133746 | 08/08/2018 |
| LION KING, THE - CLASSIC BRANDING VERSION 1 GLOBAL JUNE 2019 ON SHELF | VA | 2136339 | 08/29/2018 |
| LION KING, THE - LIVE ACTION BRANDING VERSION 1 GLOBAL APR 2019 ON SHELF | VA | 2133982 | 08/31/2018 |
| DISNEY THE LION GUARD | PA | 2135009 | 09/05/2018 |
| GEO JUNGLE PORTFOLIO VERSION 1 GREATER CHINA FEB 2019 | VA | 2134881 | 09/05/2018 |
| LION KING, THE - CLASSIC BRANDING VERSION 2 GLOBAL JAN 2019 ON SHELF | VA | 2134882 | 09/05/2018 |
| LION KING, THE - STYLE GUIDE VERSION 3 GLOBAL APR 2019 ON SHELF | VA | 2134883 | 09/05/2018 |
| BLACK & WHITE TRAVEL JOURNAL PORTFOLIO VERSION 1 GREATER CHINA FEB 2019 | VA | 2134880 | 09/05/2018 |
| DISNEY THE LION GUARD | PA | 2135106 | 09/06/2018 |
| DISNEY THE LION GUARD | PA | 2135617 | 09/10/2018 |
| DISNEY THE LION GUARD | PA | 2135613 | 09/10/2018 |
| ROCK 'N' ROAR PORTFOLIO VERSION 1 GLOBAL JUL 2019 ON SHELF | VA | 2134926 | 10/02/2018 |
| THE LION GUARD: ONO THE TICKBIRD (A LITTLE GOLDEN BOOK) | TX | 8681295 | 10/17/2018 |
| LION KING, THE - LIVE ACTION BRANDING VERSION 2 GLOBAL APR 2019 ON SHELF | VA | 2142552 | 11/19/2018 |
| LION KING, THE  - TEASER ONE SHEET | VA | 2152652 | 11/26/2018 |
| DISNEY THE LION GUARD | PA | 2144423 | 11/29/2018 |
| LION KING, THE - CLASSIC RETAIL VERSION 1 GLOBAL JAN 2019 ON SHELF | VA | 2142468 | 12/13/2018 |
| DISNEY THE LION GUARD | PA | 2153471 | 01/23/2019 |
| LION KING, THE - LIVE ACTION RETAIL VERSION 1 GLOBAL APR 2019 ON SHELF | VA | 2174791 | 01/28/2019 |
| LION KING, THE - STYLE GUIDE VERSION 4 GLOBAL APR 2019 ON SHELF | VA | 2174896 | 02/01/2019 |
| LION KING, THE - LIVE ACTION BRANDING VERSION 3 GLOBAL APR 2019 ON SHELF | VA | 2181148 | 02/01/2019 |

| | | | |
|---|---|---|---|
| NIGHTWEAR TOOLKIT SS20 LION KING PORTFOLIO VERSION 1 GLOBAL JAN 2020 | VA | 2179161 | 02/19/2019 |
| LION KING, THE - ONE SHEET: PAYOFF | VA | 2153172 | 02/25/2019 |
| LION KING, THE - STYLE GUIDE VERSION 5 GLOBAL APR 2019 ON SHELF | VA | 2158835 | 03/15/2019 |
| NIGHTWEAR TOOLKIT SS20 LION KING PORTFOLIO VERSION 2 GLOBAL JAN 2020 | VA | 2156858 | 03/22/2019 |
| LION KING, THE - STYLE GUIDE VERSION 6 GLOBAL APR 2019 ON SHELF | VA | 2172704 | 04/25/2019 |
| PLAY: THE LION KING PORTFOLIO VERSION 1 APAC REGIONAL RESTRICTION APR 2019 ON SHELF | VA | 2157158 | 05/08/2019 |
| LION KING, THE - STYLE GUIDE VERSION 7 GLOBAL APR 2019 ON SHELF | VA | 2156063 | 05/16/2019 |
| DISNEY THE LION GUARD | PA | 2197343 | 05/20/2019 |
| DISNEY THE LION GUARD | PA | 2197331 | 05/20/2019 |
| LION KING, THE - CHARACTER POSTER: MUFASA | VA | 2157129 | 05/30/2019 |
| LION KING, THE - CHARACTER POSTER: NALA 1 | VA | 2157130 | 05/30/2019 |
| LION KING, THE - CHARACTER POSTER: PUMBAA | VA | 2157131 | 05/30/2019 |
| LION KING, THE - CHARACTER POSTER: RAFIKI | VA | 2157133 | 05/30/2019 |
| LION KING, THE - CHARACTER POSTER: SARABI | VA | 2183403 | 05/30/2019 |
| LION KING, THE - CHARACTER POSTER: SCAR | VA | 2157132 | 05/30/2019 |
| LION KING, THE - CHARACTER POSTER: SIMBA 1 | VA | 2156052 | 05/30/2019 |
| LION KING, THE - CHARACTER POSTER: TIMON | VA | 2156056 | 05/30/2019 |
| LION KING, THE - CHARACTER POSTER: NALA 2 | VA | 2156057 | 05/30/2019 |
| LION KING, THE - CHARACTER POSTER: SIMBA 2 | VA | 2156065 | 05/30/2019 |
| LION KING, THE - STYLE GUIDE VERSION 8 GLOBAL APR 2019 ON SHELF | VA | 2158150 | 06/26/2019 |
| LION KING, THE - HAKUNA MATATA | TX | 8779914 | 06/27/2019 |
| LION KING, THE - CHARACTER POSTER: ZAZU | VA | 2156067 | 06/30/2019 |
| LION KING, THE - CHARACTER PORTRAITS | VA | 2167391 | 07/05/2019 |
| LION KING, THE - ONE SHEET: DOLBY CINEMA | VA | 2162568 | 07/08/2019 |
| LION KING, THE - ONE SHEET: IMAX | VA | 2162576 | 07/08/2019 |
| LION KING, THE - ONE SHEET: REAL D 3D | VA | 2162577 | 07/08/2019 |
| LION KING, THE | TX | 8764806 | 07/18/2019 |
| LION KING, THE - INFANT DESIGN KITS PRODUCT DEVELOPMENT PORTFOLIO SS13 | VA | 2163097 | 07/19/2019 |
| LION KING, THE (US) | PA | 2193489 | 08/07/2019 |
| ART AND MAKING OF THE LION KING, THE | TX | 8779995 | 08/13/2019 |
| LION KING, THE - MOVIE STORYBOOK (LIBRO BASADO EN LA PELICULA) | TX | 8784607 | 08/13/2019 |
| LION KING, THE (ORIGINAL MOTION PICTURE SOUNDTRACK), ARTIST: VARIOUS - CD | SR | 861157 | 08/13/2019 |
| LION KING, THE (ORIGINAL MOTION PICTURE SOUNDTRACK), ARTIST: VARIOUS - CD | VA | 2226268 | 08/13/2019 |
| DISNEY THE LION GUARD | PA | 2208006 | 08/16/2019 |
| LION KING, THE - THE OFFICIAL MOVIE SPECIAL | TX | 8782197 | 08/26/2019 |
| DISNEY THE LION GUARD | PA | 2214069 | 09/09/2019 |
| DISNEY THE LION GUARD | PA | 2214073 | 09/09/2019 |
| LION KING, THE: CAN YOU FEEL THE LOVE TONIGHT WITH ROBIN ROBERTS | PA | 2216638 | 09/10/2019 |
| DISNEY THE LION GUARD | PA | 2215950 | 09/16/2019 |
| DISNEY THE LION GUARD | PA | 2215913 | 09/16/2019 |
| DISNEY THE LION GUARD | PA | 2216229 | 09/23/2019 |
| DISNEY THE LION GUARD | PA | 2217196 | 09/24/2019 |
| LION KING, THE - CLASSIC SUPPLEMENTAL ART STYLE GUIDE VERSION 1 GLOBAL JAN 2020 ON SHELF | VA | 2191928 | 09/25/2019 |
| DISNEY THE LION GUARD | PA | 2217203 | 09/30/2019 |

| | | | |
|---|---|---|---|
| DISNEY THE LION GUARD | PA | 2217982 | 10/07/2019 |
| DISNEY THE LION GUARD | PA | 2217979 | 10/07/2019 |
| DISNEY THE LION GUARD | PA | 2217985 | 10/07/2019 |
| WHERE DO I BELONG (INSPIRED BY "THE LION KING"), ARTIST: JD MCCRARY - ESINGLE AUDIO | SR | 861731 | 10/11/2019 |
| DISNEY THE LION GUARD | PA | 2219565 | 10/15/2019 |
| DISNEY THE LION GUARD | PA | 2219562 | 10/15/2019 |
| DISNEY THE LION GUARD | PA | 2223531 | 10/22/2019 |
| DISNEY THE LION GUARD | PA | 2226144 | 10/31/2019 |
| DISNEY THE LION GUARD | PA | 2226146 | 10/31/2019 |
| DISNEY THE LION GUARD | PA | 2225177 | 11/04/2019 |
| DISNEY THE LION GUARD | PA | 2225174 | 11/04/2019 |
| DISNEY THE LION GUARD | PA | 2225178 | 11/04/2019 |
| LION KING, THE: ULTIMATE COLLECTOR'S EDITION - 4K ULTRA HD + BLU-RAY + DIGITAL CODE | PA | 2214844 | 11/12/2019 |
| DISNEY THE LION GUARD | PA | 2237236 | 02/06/2020 |
| DARK CONSTELLATION - EMEA ON SHELF JAN 2022 STYLE GUIDE GLOBAL | VA | 2247734 | 03/10/2021 |
| WILD PARADISE - EMEA ON SHELF JAN 2022 STYLE GUIDE GLOBAL | VA | 2247746 | 03/15/2021 |
| LION KING 1 1/2, THE - BLU-RAY + DVD + DIGITAL | PA | 2357546 | 02/22/2022 |
| LION KING, THE: THE SIGNATURE COLLECTION (DVD WRAP) | VA | 2310839 | 02/22/2022 |
| LION KING, THE: ULTIMATE COLLECTOR'S EDITION - 4K ULTRA HD + BLU-RAY + DIGITAL CODE (DVD WRAP) | VA | 2305704 | 02/22/2022 |
| LION KING 2, THE: SIMBA'S PRIDE - BLU-RAY + DVD + DIGITAL | PA | 2360721 | 03/03/2022 |
| DRAWING SIMBA (SCORE) | PA | 2376149 | 09/16/2022 |
| LION KING, THE 30TH ANNIVERSARY STYLE GUIDE - NA ON SHELF Q3 2024 STYLE GUIDE EXCLUSIVE | VAU | 1487998 | 11/28/2022 |
| LION KING 30TH ANNIVERSARY STYLE GUIDE, THE - NA ON SHELF Q3 2024 STYLE GUIDE EXCLUSIVE | VAU | 1492127 | 01/18/2023 |
| LION KING, THE SAVANNAH SUNSET - NA ON SHELF JAN 2024 STYLE GUIDE GLOBAL | VA | 2340007 | 02/06/2023 |
| LION KING, THE 30TH ANNIVERSARY STYLE GUIDE - NA ON SHELF JAN 2024 STYLE GUIDE GLOBAL | VA | 2342945 | 02/27/2023 |
| LION KING, THE 30TH ANNIVERSARY PACKAGING - NA ON SHELF JAN 2024 PACKAGING GUIDE GLOBAL | VA | 2345444 | 03/28/2023 |
| LION KING (A LITTLE GOLDEN BOOK), THE | VA | 2350626 | 04/03/2023 |
| WONDERWALL (MUFASA: THE LION KING - SCREENPLAY) | PAU | 4196691 | 08/22/2023 |
| LION KING, THE: THE BLOGGER - EMEA ON SHELF OCT 2024 STYLE GUIDE GLOBAL | VA | 2370253 | 08/28/2023 |
| DISNEY THE LION KING: WILD SCHEMES AND CATASTROPHES | TX | 9329551 | 09/15/2023 |
| MUFASA - THE LION KING LIVE ACTION - NA ON SHELF SS 2024 STYLE GUIDE GLOBAL | VA | 2374122 | 10/04/2023 |
| MUFASA - THE LION KING - NA ON SHELF AUG 2024 PACKAGING GUIDE GLOBAL | VA | 2380105 | 11/02/2023 |
| LION KING 30TH ANNIVERSARY, THE RETAIL GUIDE - NA ON SHELF JAN 2024 RETAIL GUIDE GLOBAL | VA | 2378192 | 11/09/2023 |
| IT'S UNBUNGALIEVABLE! | PA | 2450562 | 01/09/2024 |
| IT'S UNBUNGALIEVABLE! | PA | 2450561 | 01/09/2024 |
| IT'S UNBUNGALIEVABLE! | PA | 2450558 | 01/09/2024 |
| IT'S UNBUNGALIEVABLE! | PA | 2450557 | 01/09/2024 |
| IT'S UNBUNGALIEVABLE! | PA | 2450657 | 01/09/2024 |
| IT'S UNBUNGALIEVABLE! | PA | 2450658 | 01/09/2024 |
| IT'S UNBUNGALIEVABLE! | PA | 2450662 | 01/09/2024 |
| IT'S UNBUNGALIEVABLE! | PA | 2450665 | 01/09/2024 |

| Title | Type | Number | Date |
|---|---|---|---|
| IT'S UNBUNGALIEVABLE! | PA | 2450666 | 01/09/2024 |
| IT'S UNBUNGALIEVABLE! | PA | 2450667 | 01/09/2024 |
| LION KING, THE ORGANIC GROOVY - LTAM ON SHELF JUN 2025 STYLE GUIDE GLOBAL | VA | 2390197 | 02/05/2024 |
| LION KING, THE NEO 90'S - LTAM ON SHELF JUN 2024 STYLE GUIDE GLOBAL | VA | 2393310 | 02/20/2024 |
| MUFASA: THE LION KING - ONE SHEET: TEASER | VA | 2402957 | 05/13/2024 |
| LION KING, THE: CIRCLE OF LIFE (A LITTLE GOLDEN BOOK) | VA | 2418045 | 06/03/2024 |
| LION KING, THE: LITTLE GOLDEN BOOK FAVORITES - 3 BOOKS IN 1! | TX | 9409411 | 06/05/2024 |
| DISNEY BABY: WHAT DOES SIMBA SEE? | TX | 9411221 | 06/05/2024 |
| LION KING 30TH ANNIVERSARY, THE - ONE SHEET | VA | 2403255 | 06/11/2024 |
| DISNEY CLASSICS - THE LION KING SUNSETS - STYLE GUIDE - EMEA ON SHELF JUL 2025 STYLE GUIDE GLOBAL | VA | 2417369 | 07/15/2024 |
| NGOMSO - VOCAL SCORE | PAU | 4237844 | 08/06/2024 |
| DISNEY CLASSICS - DECO-LUXE STYLE GUIDE - NA ON SHELF JUL 2024 STYLE GUIDE GLOBAL | VA | 2420338 | 08/14/2024 |
| MUFASA: THE LION KING - ONE SHEET: TEASER 2 | VA | 2420054 | 08/20/2024 |
| I ALWAYS WANTED A BROTHER - PIANO/VOCAL SCORE | PAU | 4237813 | 09/06/2024 |
| LION KING, THE (ORIGINAL MOTION PICTURE SOUNDTRACK) - ZOETROPE VINYL | VA | 2436062 | 10/08/2024 |
| MUFASA: THE LION KING - ONE SHEET: PAYOFF | VA | 2424044 | 11/11/2024 |
| MILELE - PIANO/VOCAL SCORE | PAU | 4244777 | 11/12/2024 |
| BYE BYE - PIANO/VOCAL SCORE | PAU | 4244776 | 11/12/2024 |
| WE GO TOGETHER - PIANO/VOCAL SCORE | PAU | 4244774 | 11/12/2024 |
| TELL ME IT'S YOU - PIANO/VOCAL SCORE | PAU | 4244775 | 11/12/2024 |
| BROTHER BETRAYED - PIANO/VOCAL SCORE | PAU | 4244773 | 11/12/2024 |
| MUFASA: THE LION KING - CHARACTER POSTER: MUFASA AND TAKA | VA | 2423987 | 11/25/2024 |
| MUFASA: THE LION KING - CHARACTER POSTER: ZAZU AND RAFIKI | VA | 2423969 | 11/25/2024 |
| MUFASA: THE LION KING - CHARACTER POSTER: TIMON AND PUMBAA | VA | 2423986 | 11/25/2024 |
| MUFASA: THE LION KING - CHARACTER POSTER: KIARA | VA | 2423984 | 11/25/2024 |
| MUFASA: THE LION KING - CHARACTER POSTER: SARABI | VA | 2423936 | 11/25/2024 |
| MUFASA: THE LION KING - CHARACTER POSTER: TIMON AND PUMBAA 2 | VA | 2428494 | 12/02/2024 |
| MUFASA: THE LION KING - CHARACTER POSTER: KIARA 2 | VA | 2428492 | 12/02/2024 |
| MUFASA: THE LION KING - CHARACTER POSTER: RAFIKI | VA | 2428490 | 12/02/2024 |
| MUFASA: THE LION KING - CHARACTER POSTER: SARABI 2 | VA | 2428489 | 12/02/2024 |
| MUFASA: THE LION KING - CHARACTER POSTER: ZAZU | VA | 2428486 | 12/02/2024 |
| MUFASA: THE LION KING - CHARACTER POSTER: MUFASA | VA | 2428485 | 12/02/2024 |
| MUFASA: THE LION KING - CHARACTER POSTER: TAKA | VA | 2428481 | 12/02/2024 |
| MUFASA: THE LION KING - CHARACTER POSTER: KIROS | VA | 2428243 | 12/02/2024 |
| MUFASA: THE LION KING - ONE SHEET: REAL D 3D | VA | 2428257 | 12/09/2024 |
| MUFASA: THE LION KING - ONE SHEET: IMAX | VA | 2428263 | 12/09/2024 |
| MUFASA: THE LION KING - ONE SHEET: 4DX | VA | 2428253 | 12/09/2024 |
| MUFASA: THE LION KING - ONE SHEET: DOLBY CINEMA | VA | 2428252 | 12/09/2024 |
| MUFASA: THE LION KING - ONE SHEET: SCREENX | VA | 2428260 | 12/09/2024 |
| MUFASA: THE LION KING - ONE SHEET: FANDANGO | VA | 2428250 | 12/09/2024 |
| MUFASA: THE LION KING - ONE SHEET: TEASER 3 | VA | 2429220 | 12/09/2024 |
| MUFASA: THE LION KING - ONE SHEET: TEASER 4 | VA | 2429196 | 12/09/2024 |
| MUSIC OF MUFASA, THE: THE LION KING (MUSIC FEATURETTE) | PA | 2515015 | 12/10/2024 |
| MUFASA: THE LION KING (ORIGINAL MOTION PICTURE SOUNDTRACK / DELUXE EDITION), ARTIST: LIN-MANUEL MIRANDA / LEBO M / DAVE METZGER | SR | 1020118 | 12/19/2024 |

| | | | |
|---|---|---|---|
| MUFASA: THE LION KING (ORIGINAL MOTION PICTURE SOUNDTRACK) | PA | 2510515 | 12/20/2024 |
| I ALWAYS WANTED A BROTHER | PA | 2510363 | 12/20/2024 |
| LEBO M: GODFATHER OF THE LION KING (MUSIC FEATURETTE) | PA | 2518733 | 12/20/2024 |
| MUFASA: THE LION KING (US) | PA | 2507170 | 01/02/2025 |
| MUFASA: THE LION KING (ORIGINAL MOTION PICTURE SOUNDTRACK / DELUXE EDITION) | VA | 2445258 | 01/10/2025 |
| MUFASA: THE LION KING (ORIGINAL MOTION PICTURE SOUNDTRACK), ARTIST: LIN-MANUEL MIRANDA / LEBO M | SR | 1027445 | 01/14/2025 |
| MUFASA: THE LION KING: THE NOVELIZATION | TX | 9484691 | 01/14/2025 |
| MUFASA: THE LION KING (ORIGINAL MOTION PICTURE SOUNDTRACK), ARTIST: LIN-MANUEL MIRANDA / LEBO M - CD | VA | 2439982 | 01/14/2025 |
| LION KING, THE STYLE GUIDE - NA ON SHELF Q3 2026 STYLE GUIDE EXCLUSIVE | VAU | 1546353 | 01/15/2025 |
| LION KING AT THE HOLLYWOOD BOWL, THE - POSTER | VA | 2446957 | 02/03/2025 |
| DISNEY CLASSICS THE LION KING - IN THE JUNGLE - INFANT - NA ON SHELF JAN 2026 STYLE GUIDE GLOBAL | VA | 2449059 | 02/12/2025 |
| MUFASA: THE LION KING (ORIGINAL MOTION PICTURE SOUNDTRACK / DELUXE EDITION) | PA | 2525110 | 03/04/2025 |
| MUFASA: THE LION KING (ORIGINAL MOTION PICTURE SOUNDTRACK / DELUXE EDITION) | PA | 2524833 | 03/04/2025 |
| LION KING AT THE HOLLYWOOD BOWL, THE | PA | 2535406 | 03/31/2025 |
| DISNEY CLASSICS: THE LION KING TROPICAL TOILE - EMEA ON SHELF JAN 2026 STYLE GUIDE GLOBAL | VA | PENDING | |
| LION KING,THE (MOVIE MAGIC CLASSICS) | TX | PENDING | |