# EXHIBIT G

**Registration Number**

# VA 1-918-055

**Effective date of registration:**

July 17, 2014

## Title

**Title of Work:** DISNEY BABY LIFESTYLE 3 2014

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** May 29, 2014   **Nation of 1st Publication:** United States

## Author

- **Author:** Disney Enterprises, Inc.
  **Author Created:** photograph(s), 2-D artwork

  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** DISNEY ENTERPRISES, INC.
500 S. Buena Vista St., Burbank, CA, 91521

## Certification

**Name:** Thad Scroggins
**Date:** July 17, 2014
**Applicant's Tracking Number:** 111593