# EXHIBIT I

# Copyright

**Registration Number / Date:**
PAU001328811 / 1990-02-05

**Type of Work:**
Motion Pictures

**Title:**
Ernest goes to Splash Mountain.

**Date of Creation:**
1989

**Copyright Claimant:**
the Walt Disney Company

**Authorship on Application:**
RC Enterainment, employer for hire.

**Description:**
motion picture.

**Notes:**
Cataloged from appl.

**Names:**
Walt Disney Company
RC Enterainment

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_9139193

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**

VAU000410823 / 1997-10-24

**Previous Registration:**

Preexisting material: prev. reg. artwork.

**Type of Work:**

Visual Material

**Title:**

Disney dollars ten.

**Application Title:**

Disney dollars--35th anniversary Minnie (denomination ten.

**Date of Creation:**

1990

**Copyright Claimant:**

Disney Enterprises, Inc.

**Authorship on Application:**

artwork: Disneyland, a division of Walt Disney World Company, employer for hire.

**Basis of Claim:**

New Matter: new artwork.

**Description:**

Art reproduction.

**Names:**

Disney Enterprises, Inc.

Disneyland

Walt Disney World Company. Disneyland

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_18262936

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on

searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**

VAU001376839 / 2019-02-19

**Type of Work:**

Visual Material

**Title:**

PARKS PASSPORT ART PACK THEME PARKS EXCLUSIVE Q2 2018 ON SHELF.

**Application Title:**

PARKS PASSPORT ART PACK THEME PARKS EXCLUSIVE Q2 2018 ON SHELF.

**Date of Creation:**

2017

**Copyright Claimant:**

Disney Enterprises, Inc. Address: 500 S. Buena Vista St., Burbank, CA, 91521, United States.

**Authorship on Application:**

Disney Enterprises, Inc., employer for hire; Citizenship: United States. Authorship: 2-D artwork.

**Basis of Claim:**

2-D artwork.

**Material Excluded:**

Based on preexisting Disney character artwork.

**Description:**

Electronic file (eService)

**Copyright Note:**

Basis for Registration: collective work.

**Names:**

Disney Enterprises, Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_31191972

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).