# EXHIBIT 1


































## Elevate Your Day



## Plan Your Visit






## Celebrations Throughout the Year



### Parks & Tickets
- Disneyland Park
- Disney California Adventure Park
- Park Hours
- Entertainment Schedule
- Maps
- Disney PhotoPass
- Driving Directions
- Theme Park Tickets
- Ticket and Reservation Details
- Magic Key Passes
- Special Event Tickets
- Theme Park Parking

### Magic Key
- Magic Key Pass Information
- Magic Key Discounts
- Link Magic Key Pass to My Profile
- Magic Key Access Calendar

### Places to Stay
- Disney's Grand Californian Hotel & Spa
- Disneyland Hotel
- Pixar Place Hotel
- Good Neighbor Hotels
- Offers and Discounts

### Rooms Reservations
- My Hotel Reservations
- Vacation Packages

### Destinations
- Downtown Disney District
- Southern California

### Things to Do
- Make Dining Reservations
- My Dining Reservations
- Character Dining
- All Dining
- Attractions and Entertainment
- Character Experiences
- Events and Tours
- Recreation
- MagicBand+ Experiences
- Play Disney Parks Mobile App
- Shops
- Buy Merchandise
- Buy Disney Gift Cards
- Spa
- What's New
- Celebrations & Special Occasions

### Help
- Help Center
- Pre-Arrival Tips
- Mobile App
- Guest Safety
- Guest Services
- Property Rules
- Getting to the Disneyland Resort
- Guests with Disabilities
- Frequently Asked Questions
- planDisney
- Website Help
- Terms and Conditions

### Contact Us
- Phone Directory
- Email

### Stay Connected
 

### Disney Parks
- YouTube Channel
- Blog

### Stay in the Know
Sign up for a MyDisney account to learn about the latest Disney Parks news, special offers and amazing experiences!

Create Your MyDisney Account

### Related Disney Sites
- Disney Parks
- Disney Cruise Line
- Disney Vacation Club
- Adventures by Disney
- Disney Gift Card
- planDisney
- Disney Meetings & Events
- Disney's Fairy Tale Weddings & Honeymoons
- Disney Imagination Campus
- In-Room Celebrations
- Disney® Premier Visa® Card
- Disney Careers

Help & Guest Services   Site Map   Terms of Use   Legal Notices   Privacy Policy   Do Not Sell or Share My Personal Information   Children's Online Privacy Policy   Your US State Privacy Rights   Interest-Based Ads

© Disney, All Rights Reserved